IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KRISTINA KELLEY, Individually,
and as Personal Administrator
of the ESTATE OF CAITLIN KELLEY
FUCHS; and DOROTHY SUE KELLEY                                PLAINTIFFS

v.                              NO. 4:07-CV-584

METLIFE AUTO & HOME INSURANCE
AGENCY, INC.                                                 DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing that this cause has been settled and compromised to the mutual satisfaction of plaintiffs and defendant, the same should be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM R. WILSON, JR.

11/26/07
DATE

**PREPARED BY:**

ANDERSON, MURPHY & HOPKINS, L.L.P.
400 West Capitol Avenue, Suite 2470
Little Rock, Arkansas 72201
(501) 372-1887

By: _____
    SCOTT D. PROVENCHER
    BAR NO. 96148